ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Robert L. HAAS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 04–3450.

United States Court of Appeals, Federal Circuit.

Sept. 21, 2005.

Before CLEVENGER, GAJARSA, and PROST, Circuit Judges.

**Marti ADDAMS–MORE, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5024.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2005.

Before MAYER, SCHALL, and LINN, Circuit Judges.

PER CURIAM.

Marti Addams–More seeks review of an order of the United States Court of Federal Claims dismissing her complaint for lack of subject matter jurisdiction. *Addams–More v. United States,* No. 04–CV–1154 (Fed.Cl. Sept. 17, 2004) (*"Dismissal Order"*). We *affirm.*

Whether the Court of Federal Claims properly dismissed Addams–More's complaint for lack of jurisdiction is a question of law that we review *de novo. See Wilson*